## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant William Page

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Hon. Jose L. Linares, U.S.D.J. |
| v. : | Criminal No. 07-681 |
| WILLIAM PAGE, : | **CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| Defendant. : | **Document Electronically Filed** |

**THIS MATTER** having come before the Court upon the application of the Defendant, William Page, by his attorneys, Arseneault, Whipple, Farmer, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order modifying Defendant's conditions of release, and the United States (Justin W. Arnold, Esq., Assistant United States Attorney) having consented to the application, and the Office of Pretrial Services having consented to the modification, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this 2nd day of July, 2008 HEREBY ORDERED that Defendant William Page's travel is hereby restricted to the District of New Jersey however Pretrial Services may grant Defendant permission to travel outside of the District upon appropriate notice to them.

**IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE


CONSENTED TO:

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By: _____
Justin W. Arnold, Esq., A.U.S.A.
Assistant United States Attorney


ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP

By _____
John C Whipple, Esq.